AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Linda J. Brumfield             **JUDGMENT IN A CIVIL CASE**

     v.                          Case Number: 10 C 4960

City of Chicago, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's ADA and Rehabilitation Act claims are dismissed with prejudice against all Defendants. The court declines to exercise supplemental jurisdiction over Plaintiff's Illinois state law claims, and dismisses them.

                                              Michael W. Dobbins, Clerk of Court

Date: 4/27/2011                        _____
                                              /s/ Wanda A. Parker, Deputy Clerk